Argued August 24, affirmed August 24, 1973

## STATE OF OREGON, *Respondent, v.* ROY DUANE QUEEN (No. 1155), *Appellant.*

513 P2d 177

*Ken C. Hadley,* Public Defender for Baker County, Baker, argued the cause and filed the brief for appellant.

*Jesse R. Himmelsbach, Jr.,* District Attorney, Baker, argued the cause and filed the brief for respondent.

Before LANGTRY, Presiding Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.